FILED

August 15, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )          Case No. 2:16-MJ-00151-AC
                                     )
v.                                   )          ORDER FOR RELEASE OF
                                     )          PERSON IN CUSTODY
LUIS BRAVO SANCHEZ ALBERTO,          )
                                     )
          Defendant.                 )
_____    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS BRAVO SANCHEZ ALBERTO , Case

No.  2:16-MJ-00151-AC  , Charge  21USC § 846, 841(a)(10)  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

___     Release on Personal Recognizance

✔      Bail Posted in the Sum of $ 100,000.00

       ✔      Unsecured Appearance Bond - any amount not secured by the brother

              and sister's home.

       ___    Appearance Bond with 10% Deposit

       ___    Appearance Bond with Surety

       ___    Corporate Surety Bail Bond

       ✔      (Other)        Pretrial conditions as stated on the record.

**The defendant is ordered released to the pretrial services officer.**

Issued at  Sacramento, CA  on  August 15, 2016  at  9:48 am  .

                              By   /s/ Edmund F. Brennan/s/ Edmund F.
                                   Brennan
                                   _____
                                   Edmund F. Brennan
                                   United States Magistrate Judge

Copy 2 - Court